UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:12-bk-01185-KRM
                                                                              Chapter 7
William H. Hines
Brenda C. Hines

      Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE**

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>      Pursuant to Local Rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper.  If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the Trustee, RICHARD M. DAUVAL, at PO Box 13607, St. Petersburg, FL  33733.
>      If you file and serve a timely objection, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**TO:**    Creditors, Debtors and Parties in Interest

      Richard M. Dauval, the Trustee duly appointed and acting for the above-captioned estate reports that the Trustee intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor under the following terms and conditions:

      Description of Property: **5609 North Miami Avenue, Tampa, FL  33604.** More particularly described as:

Lot 10 and the North 8' of Lot 9, Block 24, of East Suwannee Heights, according to the plat thereof recorded in Plat Book 7, Page 42, Public Records of Hillsborough County, Florida

Manner of Sale: Private

1. Terms of Sale: Cash or Cashier's Check

    a. To: Federal Trust Services, LLC

    b. Sale Price: $2,500.00

    c. All right, title, and interest of bankruptcy estate, if any.

    d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| Chase<br>P.O. Box 9001020<br>Louisville, KY 40290 | $193,000.00  * | Mortgage |

**\* As per the Debtor(s) bankruptcy schedules**

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within 21 days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: January 3, 2014

                                              Respectfully submitted,

                                              /s/ Richard M. Dauval
                                              Richard M. Dauval, Trustee

Trustee Richard M. Dauval
Richard M. Dauval
PO Box 13607
St. Petersburg, FL  33733

DATE RECEIVED: Jan 03 2014　　　TIME RECEIVED: 07:56AM　　　TOTAL SERVED: 28

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  William Hines<br>　　　　Brenda Hines | CASE NO: 12-01185<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/3/2014, a copy of the following documents, described below,

Report and Notice of Sale,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/3/2014

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Trustee Richard M. Dauval
Richard M. Dauval
PO Box 13607
St. Petersburg, FL  33733

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-12-BK-01185-KRM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>FRI JAN 3 11-33-33 EST 2014 | KENNY R HAYSLETT<br>REMAX REALTEC GROUP<br>4175 WOODLANDS PARKWAY<br>PALM HARBOR FL 34685-3493 | BRENDA C. HINES<br>5609 N. MIAMI AVE.<br>TAMPA FL 33604-7113 |
| WILLIAM H. HINES<br>5609 N. MIAMI AVE.<br>TAMPA FL 33604-7113 | ~~K. RODNEY MAY~~<br>~~TAMPA~~ | RECOVERY MANAGEMENT SYSTEMS CORP.<br>ATTN- RAMESH SINGH<br>25 SE SECOND AVENUE STE 1120<br>MIAMI FL 33131-1605 |
| ALLIED INTERSTATE<br>3000 CORPORATE EXCHANGE DR.<br>5TH FLOOR<br>COLUMBUS OH 43231-7723 | BANK OF AMERICA<br>P.O. BOX 851001<br>DALLAS TX 75285-1001 | CAR MAX<br>AUTO FINANCE<br>P.O. BOX 3174<br>MILWAUKEE WI 53201-3174 |
| CHASE<br>P.O. BOX 9001020<br>LOUISVILLE KY 40290-1020 | CHASE CARD SERVICES<br>CARD MEMBER SERVICE<br>P.O. BOX 15153<br>WILMINGTON DE 19886-5153 | CHASE CARD SERVICES<br>P.O. BOX 15153<br>WILMINGTON DE 19886-5153 |
| CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | DILLARD'S<br>AMERICAN EXPRESS CARD<br>P.O. BOX 960012<br>ORLANDO FL 32896-0012 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER CARD<br>P.O. BOX 71084<br>CHARLOTTE NC 28272-1084 | ENCORE RECEIVABLE<br>MANAGEMENT INC.<br>P.O. BOX 3330<br>OLATHE KS 66063-3330 | FIA CARD SERVICES N.A. AS SUCCESSOR TO<br>BANK OF AMERICA N.A. (USA)<br>AND MBNA AMERICA BANK N.A.<br>PO BOX 15102<br>WILMINGTON DE 19886-5102 |
| GE CAPITAL RETAIL BANK<br>CO RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | HILLSBOROUGH COUNTY<br>TAX COLLECTOR<br>601 E. KENNEDY BLVD.<br>14TH FLOOR<br>TAMPA FL 33602-4932 | JC PENNEY<br>P.O. BOX 9060090<br>ORLANDO FL 32896-0001 |
| MANAGEMENT SERVICES<br>INCORPORATED<br>P.O. BOX 15019<br>WILMINGTON DE 19886-5019 | MIDLAND FUNDING LLC<br>BY ITS AUTHORIZED AGENT RECOSER LLC<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | NCB MANAGEMENT<br>SERVICES INC.<br>P.O. BOX 1099<br>LANGHORNE PA 19047-6099 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS AS<br>OF CITIBANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | PRIME RATE PREMIUM<br>FINANCE CORP. INC.<br>P.O. BOX 580016<br>CHARLOTTE NC 28258-0016 | RECOVERY MANAGEMENT SYSTEMS<br>25 S.E. 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE CO.<br>8877 N. GAINEY DR.<br>SCOTTSDALE AZ 85258-2108 | SEARS CREDIT CARD<br>MASTER CARD<br>P.O. BOX 183082<br>COLUMBUS OH 43218-3082 | ~~CAROLYN V. MCMULLEN +~~<br>~~LAW OFFICE OF CAROLYN V MCMULLEN~~<br>~~1419 WEST WATERS AVENUE SUITE 119~~<br>~~TAMPA FL 33604-2096~~ |
| ~~UNITED STATES TRUSTEE - TPA7 +~~<br>~~TIMBERLAKE ANNEX SUITE 1200~~<br>~~501 E POLK STREET~~<br>~~TAMPA FL 33602-3949~~ | ~~CARMAX AUTO FINANCE +~~<br>~~225 CHASTAIN MEADOWS COURT~~<br>~~KENNESAW GA 30144-5942~~ | ~~RICHARD M DAUVAL +~~<br>~~P.O. BOX 13607~~<br>~~ST. PETERSBURG FL 33733-3607~~ |
| LEAVENGOOD NASH DAUVAL & BOYLE PA<br>LEAVENGOOD NASH DAUVAL & BOYLE PA<br>3900 FIRST STREET NORTH SUITE 100<br>ST PETERSBURG FL 33703-6109 | ~~NOTE- ENTRIES WITH A "+" AT THE END OF~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ | |